IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEBRA J. LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:17-cv-00452 |
| | ) | |
| ROBYN A. JOHNSON, | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Defendant. | ) | |
| | ) | |

**FINAL ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED that the defendant's motion to dismiss (Dkt. No. 2) is GRANTED, all other pending motions are DENIED as moot, and the complaint is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to provide a copy of this order to all counsel of record and to plaintiff Debra J. Lynch.

Entered: February 22, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge